## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | |
| v. | **Case No. 20-CR-285-JFH-15** |
| JENNIFER JEAN GALLAGHER, | |
| **Defendant.** | |

## OPINION AND ORDER

Before the Court is an Unopposed Motion for Leave to Dismiss Without Prejudice ("Motion") filed by the United States of America ("Government"). Dkt. No. 668. The Government requests leave to dismiss Count Two of the Indictment [Dkt. No. 5] without prejudice as to Defendant Jennifer Jean Gallagher ("Defendant"). *Id.*

Under Fed. R. Crim. P. 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). The Court concludes that dismissal of the charge against Defendant is not contrary to the public interest, nor is it for an improper purpose. The Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's Unopposed Motion for Leave to Dismiss Without Prejudice [Dkt. No. 668] is GRANTED and Count Two of the Indictment [Dkt. No. 5] is dismissed without prejudice as to Defendant Jennifer Jean Gallagher.

Dated this 11th day of April 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE